UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                           <u>ORDER</u>

                                                                           97-CR-6070L
                                                                           99-CR-6003L

                              v.

ANN MARIE HARDEN

                              Defendant.
_____

       The defendant, Ann Marie Harden (22429018 ), was previously sentenced by this Court and is scheduled to report to Danbury Correctional Facility, Danbury, Connecticut to commence her sentence on Tuesday, December 20, 2005. It has come to the Court's attention that Ms. Harden's mother is ill and has been hospitalized. In order that Ms. Harden may be with her mother while she is in the hospital, it is

       ORDERED that Ann Marie Harden's voluntary surrender date be extended until January 3, 2006, no later than 2:00 p.m., unless otherwise directed by the Bureau of Prisons to report at a later date or at a different institution.

       IT IS SO ORDERED.

                                                                     _____
                                                                        DAVID G. LARIMER
                                                                    United States District Judge

Dated: Rochester, New York
       December 15, 2005.